IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
             Plaintiff,          )
                                 )    MC No. 23-32
                                 )    Washington, D.C.
         vs.                     )    May 11, 2023
                                 )    1:00 p.m.
PRAKAZREL MICHEL,                )
                                 )
             Defendant.          )
_____)
```

TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Elizabeth Ann Aloi
                             Jonathan P. Hooks
                             U.S. ATTORNEY'S OFFICE/
                             DISTRICT OF COLUMBIA
                             601 D Street, NW
                             Washington, DC 20579
                             (202) 252-7212
                             Email:
                             elizabeth.aloi@usdoj.gov
                             Email:
                             jonathan.hooks@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant:           Alon Israely
                             David Elliot Kenner
                             KENNER LAW FIRM,
                             A PROFESSIONAL CORP.
                             16633 Ventura Boulevard
                             Suite 735
                             Encino, CA 91436
                             (818) 995-1195
                             Email: ai@kennerlaw.com
                             Email: david@kennerlaw.com

                             Charles R. Haskell
                             LAW OFFICES OF
                             CHARLES R. HASKELL, P.A.
                             641 Indiana Ave. NW
                             Washington, D.C. 20004
                             (202) 888-2728
                             Email:
                             charles@charleshaskell.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1         P R O C E E D I N G S

2              COURTROOM DEPUTY:  Good afternoon, Your Honor.

3    This is Miscellaneous Case No. 23-32, United States of

4    America versus Prakazrel Michel.

5              Elizabeth Aloi and Jonathan Hooks for the

6    government.

7              Alon Israely, David Kenner, and Charles Haskell

8    for the defendant.

9              THE COURT:  All right, Counsel, good afternoon.

10   Thank you for being here this afternoon.

11             The purpose for this hearing is to figure out

12   where we are going and what to do.

13             Let me just sort of set the stage here.

14             I received, as a miscellaneous matter, a motion

15   from the United States that I understand was originally

16   filed in the criminal case against Mr. Michel in 19-CR-148.

17   The motion asked for Order to Show Cause why defense counsel

18   should not be held in contempt for an alleged violation of

19   the protective order that was predicated on the sharing of

20   information that's subject to a protective order with

21   members of the media.

22             As I understand it in the proceedings before

23   Judge Kollar-Kotelly, there was an opposition -- I shouldn't

24   say opposition -- a response filed at ECF 205, which I have

25   read, and that nothing more came of it other than I think

1    she advised the parties that she didn't think she was the

2    appropriate judge to consider the matter, and, therefore,

3    that motion was then docketed as this motion for an Order to

4    Show Cause in this miscellaneous matter, 23-MC-32, back on

5    April the 3rd.

6          I did not do anything with this motion purposely

7    while the trial was ongoing, perhaps for obvious reasons.

8          And then once the verdicts were returned against

9    Mr. Michel, I want the record to reflect that I did reach

10   out to government counsel to get some understanding about

11   what they were precisely asking me to do.

12         And specifically I had essentially one main

13   question, and that was, well, who do you want me to issue an

14   Order to Show Cause against?  And, you know, we'll talk

15   about that in a moment.

16         And I also asked the government what other

17   additional evidence they might have to support the issuance

18   of an Order to Show Cause, in addition to what's been

19   presented in the motion itself.  So those are the two things

20   I approached the government about.

21         I am of the view, and I'm happy to hear from

22   counsel, that what is being asked from me is to, in essence,

23   initiate a criminal contempt proceeding against one or more

24   individuals for violating the protective order and doing so

25   pursuant to Rule 42.

1          And, you know, that rule requires me to provide

2     notice through this Order to Show Cause and set a trial date

3     and explain what the charges are or at least the nature --

4     the allegations of contempt are to allow anybody who's named

5     adequate notice to defend themselves.

6          So this is not a small matter, it's not something

7     I thought simply required me or would be appropriate simply

8     just to issue an Order to Show Cause and set a trial date

9     for similar reasons I've already discussed, and so I thought

10    it best to gather counsel for that purpose.

11         Just one more observation and then I'll turn to

12    the parties, and that is:  As I said, I have read what the

13    defense counsel's response was to the motion for the Order

14    to Show Cause at 205.

15         I find the response a little unclear and confusing

16    in two respects:  One is, it's not clear to me that defense

17    counsel have acknowledged to actually sharing the material,

18    and, if so, which defense counsel acknowledged doing so.

19         The response is signed by two of the lawyers,

20    Mr. Kenner and Mr. Haskell.  I understand that there were

21    three lawyers who entered an appearance on behalf of

22    Mr. Michel, and it's not signed by a third lawyer.

23         And before we continue, I think I just want to

24    make it clear, given the current posture of the case, and

25    perhaps counsel already appreciates this, that anything that

1    is said here can obviously be used against you.  And you are

2    entitled to counsel to represent you in connection with this

3    matter and are not obviously under any -- well, it will be

4    up to you whether you respond to any inquiries I have

5    substantively, because you do have rights obviously.

6           So with all of that as wind-up, let me turn to the

7    government and ask for your thoughts about where we go from

8    here and any additional insights you have.

9           MS. ALOI:  Thank you, Your Honor.

10           The government asks if we might be able to have a

11    short sealed ex parte colloquy with the Court to provide

12    some additional information.  And it may be then appropriate

13    to put that information on the record, but before doing so,

14    we wanted to confer with you first and explain our thinking.

15           THE COURT:  Okay.

16           All right.  I'm happy to do that and then I'll

17    determine whether it's appropriate to put that on the record

18    and bring counsel in on this.

19           I should say and make clear for the record that

20    representing the government in this case, Ms. Aloi, is not

21    one of the prosecutors that was on the team against

22    Mr. Michel.  Mr. Michel's prosecution, as I understand it,

23    was through the Public Integrity Section of the Department

24    of Justice.

25           Rule 42 does require me, if I do issue an Order to

1   Show Cause, also to attempt to appoint a prosecutor.  And so

2   one of the other reasons I had reached out to the government

3   was to determine who that might be and to ensure that it

4   wouldn't be somebody in the Public Integrity Section.

5          And so I think the government was sensitive to

6   that and had already determined that someone from the

7   U.S. Attorney's Office, which is where Ms. Aloi is assigned,

8   would be appropriate to serve as a prosecutor in the case.

9          MR. KENNER:  Your Honor, may I just be heard for

10  one moment?

11         I am in the process of seeking counsel to

12  represent me in this matter.  I don't know how that impacts

13  how the Court wants to proceed this morning but I did want

14  to make you aware of that.

15         THE COURT:  So thank you, Mr. Kenner, I appreciate

16  that.  That's an important data point.

17         Mr. Haskell, you're on as well.  Are you in the

18  process of seeking counsel or --

19         MR. KENNER:  I believe, Your Honor, Mr. Israely

20  will be represented by the same counsel that I will be

21  represented by.

22         I'm not really sure why Mr. Haskell is involved in

23  this proceeding but...

24         THE COURT:  Well, let me back up.

25         And if you all could just fill me in on a few

1   factual matters.

2           And I'm not going to get to the heart of the

3   allegations.  But, you know, the Order to Show Cause was

4   issued against defense counsel.

5           And would you just confirm me with me, Mr. Kenner,

6   you were the lead counsel in the case but I also understand

7   Mr. Haskell entered an appearance.  And then is Mr. Israely

8   the third lawyer who entered an appearance in that case?

9           MR. KENNER:  Yes, Mr. Israely was involved, he is

10  an attorney.

11          His involvement was primarily to a company he then

12  owned called BIA, which is an electronic discovery company

13  that was retained for the purpose of receiving 2,700,000

14  pages of discovery that was sent out by the government under

15  Relativity specifications.

16          Mr. Haskell was local counsel with regard to the

17  matter.  He did sit through the trial as is required.

18          Other than that, pretrial, my recollection is that

19  Mr. Haskell did nothing more than receive motions that

20  needed to be filed and processed them for filing.

21          MR. HASKELL:  That's correct, I was just local

22  counsel in the case and did filings and reviewed.  That's

23  basically the extent.

24          THE COURT:  Okay.

25          Let me -- go ahead, Ms. Aloi.

1          MS. ALOI:  Your Honor, this would be --

2    Your Honor, we have some information that might help clarify

3    the relationship.

4          THE COURT:  Right.

5          I was just about to say, let's go ahead and go

6    into the ex-parte session with government counsel, and then

7    we'll come back -- I'll hear those representations and then

8    we will come back on the record.

9          COURTROOM DEPUTY:  Just one moment, Your Honor.

10         (Sealed ex parte proceedings held)

1. ████████████████████████████████████

2. ██████████████████████████████████████

3. ████████████████████████████████████

4. ███████████████

5. ████████████████████████████████

6. ████████████████████████████████

7. ███████████████████████████████████████

8. ████████████████████████████████

9. ██████████████████████████████████████

10. ████████████████████████████████████

11. ███████████████████████████████████████

12. ███████

13. ██████████████████████████████

14. █████████████████████████████████████

15. █████████████████████████████████

16. ████████████████████████████████

17. ██████████████████████████

18. █████████████████████████████████████

19. ██████████████████████████████████████

20. ████████████████████████████████

21. ██████████████████████████████████████

22. ████████████████████████████████

23. ██████████████████████████████████████

24. ████████████████████████████████

25. ██████████████████████████████







11          (Open court)

12          THE COURT:  All right.  Do we have everyone?

13     Okay.

14          So we're back on the public record.

15          I have received some additional representations

16     from the government about its investigation of this matter.

17     I don't think it's appropriate to put those on the record at

18     this point.  But I will ask the government, in light of what

19     it has advised, how it wishes to proceed today or how --

20     what is recommended in terms of next steps in the process.

21          MS. ALOI:  Thank you, Your Honor.

22          I think the government would recommend that the

23     Court continue this hearing to a date in the future; 30 to

24     60 days would probably be sufficient.

25          THE COURT:  Okay.

1          So, Counsel, let me just ask you or let me --

2    Mr. Kenner, you've indicated that you are in the process of

3    securing counsel, and I think I heard you say something

4    about Mr. Israely, but you cut out a little bit so I didn't

5    hear that.

6          MR. KENNER:  If Mr. Israely is still in the

7    matter, I believe he would be represented by the same

8    counsel that will represent me.

9          THE COURT:  Okay.

10          So I can have this conversation ex parte if --

11    I think if it would be -- and it may be useful to do that

12    just to -- let me do this:

13          I'm going to ask to speak to Mr. Kenner and

14    Mr. Israely ex parte momentarily.

15          So I'll ask Mr. Douyon to, again, disconnect the

16    public line and just put the three of us in a separate room.

17          (Pause)

18          (Sealed ex parte proceedings held)

19

20

21

22

23

24

25



16          (Open court)

17          COURTROOM DEPUTY:  Your Honor, we're back on the

18   public --

19          THE COURT:  Okay.

20          So we're now back on the public record.

21          So with defense counsel present, I've heard a

22   little bit from Mr. Haskell already, I don't need you to say

23   any more, frankly, I don't need any counsel to say anything

24   more substantively.  I'm not asking for you to do so, and

25   you obviously have a right not to speak to the substance of

1   the matter.

2          But other than the substance, is there anything

3   anybody would like to add before we simply set down a next

4   date to see where we are in this matter?

5          MR. KENNER:  No, Your Honor.

6          THE COURT:  Okay.

7          All right.  Well, hearing nothing further then,

8   let's go ahead and set a next date.

9          Why don't we just set this out 60 days.

10         Mr. Kenner, are you on the West Coast?

11         MR. KENNER:  Yes, Your Honor.

12         THE COURT:  Okay.

13         So how about 5:00 p.m. Eastern -- or 5:15 Eastern

14  on July the 11th?

15         MR. KENNER:  That works for me, Your Honor.

16         MR. HASKELL:  I'm sorry, Your Honor, I can't do

17  Tuesdays, at least not that late, I have a childcare

18  conflict.

19         THE COURT:  Okay.

20         MR. HASKELL:  I could do Wednesday that late.

21         THE COURT:  All right.  How about Wednesday,

22  July 12th at 5:15?

23         MS. ALOI:  That works for the government.

24         MR. KENNER:  That works for me, Your Honor.

25         THE COURT:  Okay.

1                 All right.  So that is what we will do next.

2       We'll carry this over for 60 days and we'll all reconvene on

3       the 12th and we will go from there.  Thank you, all, very

4       much.

5                 MR. KENNER:  Thank you, Your Honor.

6                 Have a good day, everyone.

7                 (Proceedings concluded at 1:29 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 15, 2023_____    

       William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [7] 3/2 9/9
9/11 15/7 15/10 16/19
17/17
MR. HASKELL: [3]
8/21 18/16 18/20
MR. HOOKS: [3] 13/6
13/10 15/3
MR. KENNER: [10]
7/9 7/19 8/9 16/6 17/11
18/5 18/11 18/15 18/24
19/5
MS. ALOI: [12] 6/9 9/1
9/19 11/6 12/23 12/25
13/14 14/4 14/10 15/2
15/21 18/23
THE COURT: [28]

**1**
11 [1] 1/5
1195 [1] 2/5
11th [1] 18/14
12th [2] 18/22 19/3
148 [1] 3/16
15 [1] 20/7
16633 [1] 2/4
19-CR-148 [1] 3/16
1:00 [1] 1/6
1:29 [1] 19/7

**2**
2,700,000 [1] 8/13
20001 [1] 2/15
20004 [1] 2/9
202 [3] 1/16 2/10 2/15
2023 [2] 1/5 20/7
205 [2] 3/24 5/14
20579 [1] 1/15
23-32 [2] 1/4 3/3
23-MC-32 [1] 4/4
252-7212 [1] 1/16
2728 [1] 2/10

**3**
30 [1] 15/23
32 [3] 1/4 3/3 4/4
3249 [1] 2/15
333 [1] 2/14
354-3249 [2] 2/15
3rd [1] 4/5

**4**
42 [2] 4/25 6/25

**5**
5:00 [1] 18/13
5:15 [2] 18/13 18/22

**6**
60 days [3] 15/24 18/9
19/2
601 [1] 1/15
641 [1] 2/9

**7**
7212 [1] 1/16
735 [1] 2/4

**8**
818 [1] 2/5
888-2728 [1] 2/10

**9**
91436 [1] 2/5
995-1195 [1] 2/5

**A**
able [1] 6/10
about [9] 4/10 4/15
4/20 6/7 9/5 15/16 16/4
18/13 18/21
above [1] 20/4
above-titled [1] 20/4
acknowledged [2]
5/17 5/18
actually [1] 5/17
add [1] 18/3
addition [1] 4/18
additional [4] 4/17 6/8
6/12 15/15
adequate [1] 5/5
advised [2] 4/1 15/19
afternoon [3] 3/2 3/9
3/10
again [1] 16/15
against [7] 3/16 4/8
4/14 4/23 6/1 6/21 8/4
ahead [3] 8/25 9/5 18/8
ai [1] 2/6
aided [1] 2/17
all [10] 3/9 6/6 6/16
7/25 15/12 18/7 18/21
19/1 19/2 19/3
All right [1] 3/9
allegations [2] 5/4 8/3
alleged [1] 3/18
allow [1] 5/19
Aloi [5] 1/13 3/5 6/20
7/7 8/25
Alon [2] 2/3 3/7
already [4] 5/9 5/25 7/6
17/22
also [3] 4/16 7/1 8/6
am [2] 4/21 7/11
AMERICA [2] 1/3 3/4
AMIT [1] 1/10
Ann [1] 1/13
any [6] 6/3 6/4 6/8
17/23 17/23
anybody [2] 5/4 18/3
anything [4] 4/6 5/25
17/23 18/2
appearance [3] 5/21
8/7 8/8
APPEARANCES [2]
1/12 1/18
appoint [1] 7/1
appreciate [1] 7/15
appreciates [1] 5/25
approached [1] 4/20
appropriate [6] 4/2 5/7
6/12 6/17 7/8 15/17
April [1] 4/5
are [10] 3/12 4/19 5/3
5/4 6/1 6/3 7/17 16/2
18/4 18/10

as [10] 4/14 3/21 4/3
5/12 6/6 6/22 7/8 7/17
8/17
ask [5] 6/7 15/18 16/1
16/13 16/15
asked [3] 3/17 4/16
4/22
asking [2] 4/11 17/24
asks [1] 6/10
assigned [1] 7/7
attempt [1] 7/1
attorney [1] 8/10
ATTORNEY'S [2] 1/14
7/7
Ave [1] 2/9
Avenue [1] 2/14
aware [1] 7/14

**B**
back [7] 4/4 7/24 9/7
9/8 15/14 17/17 17/20
Barrett [1] 2/14
basically [1] 8/23
be [18] 3/18 5/7 6/1 6/3
6/10 6/12 7/3 7/4 7/8
7/9 7/20 7/20 8/20 9/1
15/24 16/7 16/11 16/11
because [1] 6/5
been [1] 4/18
before [5] 1/10 3/22
5/23 6/13 18/3
behalf [1] 5/21
being [2] 3/10 4/22
believe [2] 7/19 16/7
best [1] 5/10
BIA [1] 8/12
bit [2] 16/4 17/22
Boulevard [1] 2/4
bring [1] 6/18

**C**
CA [1] 2/5
called [1] 8/12
came [1] 3/25
can [2] 6/1 16/10
can't [1] 18/16
carry [1] 19/2
case [8] 3/3 3/16 5/24
6/20 7/8 8/6 8/8 8/22
Cause [9] 3/17 4/4 4/14
4/18 5/2 5/8 5/14 7/1
8/3
Certified [1] 2/13
certify [1] 20/2
CH [1] 2/14
charges [1] 5/9
charles [4] 2/7 2/8 2/11
3/7
charleshaskell.com [1]
2/11
childcare [1] 18/17
clarify [1] 9/2
clear [3] 5/16 5/24 6/19
Coast [1] 18/10
colloquy [1] 6/11
COLUMBIA [2] 1/1
1/14
come [2] 9/7 9/8

company [1] 8/5
computer [1] 2/17
computer-aided [1]
2/17
concluded [1] 19/7
confer [1] 6/14
CONFERENCE [1] 1/9
confirm [1] 8/5
conflict [1] 18/18
confusing [1] 5/15
connection [1] 6/2
consider [1] 4/2
Constitution [1] 2/14
contempt [2] 3/18 4/23
5/4
continue [2] 5/23
15/23
CONTINUED [1] 2/1
conversation [1] 16/10
CORP [1] 2/3
correct [2] 8/21 20/3
could [2] 7/25 18/20
counsel [23]
counsel's [1] 5/13
court [8] 1/1 2/12 2/13
6/11 7/13 15/11 15/23
17/16
CR [1] 3/16
criminal [2] 3/16 4/23
CRR [2] 20/2 20/8
current [1] 5/24
cut [1] 16/4

**D**
D.C [3] 1/5 2/9 2/15
data [1] 7/16
date [6] 5/2 5/8 15/23
18/4 18/8 20/7
david [3] 2/2 2/6 3/7
day [1] 19/6
days [3] 15/24 18/9
19/2
DC [1] 1/15
defend [1] 5/5
defendant [3] 1/7 2/2
3/8
defense [6] 3/17 5/13
5/16 5/18 8/4 17/21
Department [1] 6/23
determine [2] 6/17 7/3
determined [1] 7/6
did [6] 4/6 4/9 7/13
8/17 8/19 8/22
didn't [2] 4/1 16/4
disconnect [1] 16/15
discovery [2] 8/12 8/14
discussed [1] 5/9
DISTRICT [4] 1/1 1/1
1/10 1/14
do [14] 3/12 4/6 4/11
4/13 6/5 6/16 6/25
15/12 16/11 16/12
17/24 18/16 18/20 19/1
docketed [1] 4/3
does [1] 6/25
doing [3] 4/24 5/18
don't [5] 7/12 15/17

Douyon [1] 16/15
down [1] 18/3

**E**
Eastern [2] 18/13
18/13
ECF [1] 3/24
electronic [1] 8/12
Elizabeth [1] 1/13 3/5
elizabeth.aloi [1] 1/17
Elliot [1] 2/7
Email [5] 1/16 1/17 2/6
2/6 2/10
Encino [1] 2/5
ensure [1] 7/3
entered [3] 5/21 8/7
8/8
entitled [1] 6/2
essence [1] 4/22
essentially [1] 4/12
everyone [2] 15/12
19/6
evidence [1] 4/17
ex [6] 6/11 9/6 9/10
16/10 16/14 16/18
ex-parte [1] 9/6
explain [2] 5/3 6/14
extent [1] 8/23

**F**
factual [1] 8/1
few [1] 7/25
figure [1] 3/11
filed [3] 3/16 3/24 8/20
filing [1] 8/20
filings [1] 8/22
fill [1] 7/25
find [1] 5/15
FIRM [1] 2/3
first [1] 6/14
foregoing [1] 20/3
frankly [1] 17/23
further [1] 18/7
future [1] 15/23

**G**
gather [1] 5/10
get [2] 4/10 8/2
given [1] 5/24
go [6] 8/7 8/25 9/5 9/5
18/8 19/3
go ahead [3] 8/25 9/5
18/8
going [3] 3/12 8/2
16/13
good [3] 3/2 3/9 19/6
government [16] 1/13
3/6 4/10 4/16 4/20 6/7
6/10 6/20 7/2 7/5 8/14
9/6 15/16 15/18 15/22
18/23

**H**
had [3] 4/12 7/2 7/6
happy [2] 4/21 6/16
has [1] 15/19
Haskell [10] 2/7 2/8 3/7
5/20 7/17 7/22 8/7 8/16

**H**

Haskell... [2]  8/19 17/22
have [15]  3/24 4/17 5/12 5/17 6/4 6/5 6/8 6/10 9/2 15/12 15/15 16/10 17/25 18/17 19/6
he [4]  8/9 8/11 8/17 16/7
hear [3]  4/21 9/7 16/5
heard [5]  7/9 16/3 17/21
hearing [3]  3/11 15/23 18/7
heart [1]  8/2
held [3]  3/18 9/10 16/18
help [1]  9/2
here [4]  3/10 3/13 6/1 6/8
His [1]  8/11
Honor [15]  3/2 6/9 7/9 7/19 9/1 9/2 9/9 15/21 17/17 18/5 18/11 18/15 18/16 18/24 19/5
HONORABLE [1]  1/10
Hooks [2]  1/13 3/5
how [6]  7/12 7/13 15/19 15/19 18/13 18/21

**I**

I also [2]  4/16 8/6
I am [2]  4/21 7/11
I believe [2]  7/19 16/7
I can [1]  16/10
I can't [1]  18/16
I did [3]  4/6 4/9 7/13
I didn't [1]  16/4
I don't [2]  15/17 17/23
I have [3]  3/24 6/4 18/17
I just [2]  5/23 7/9
I should [1]  6/19
I think [5]  3/25 5/23 15/22 16/3 16/11
I thought [2]  5/7 5/9
I understand [4]  3/15 3/22 5/20 6/22
I want [1]  4/9
I was [1]  9/5
I will [2]  7/20 15/18
I'll [4]  5/11 6/16 9/7 16/15
I'm [7]  4/21 6/16 7/22 8/2 16/13 17/24 18/16
I'm going [1]  16/13
I'm not [2]  7/22 17/24
I'm sorry [1]  18/16
I've [2]  5/9 17/21
impacts [1]  7/12
important [1]  7/16
Indiana [1]  2/9
indicated [1]  16/2
individuals [1]  4/24
information [4]  3/20 6/12 6/13 9/2
initiate [1]  4/23

inquiries [1]  6/12
insights [1]  6/8
Integrity [2]  6/23 7/4
investigation [1]  15/16
involved [2]  7/22 8/9
involvement [1]  8/11
is [23]
Israely [8]  2/2 3/7 7/19 8/7 8/9 16/4 16/6 16/14
issuance [1]  4/17
issue [3]  4/13 5/8 6/25
issued [1]  8/4
it [12]  3/22 3/25 5/10 5/24 6/3 6/12 6/22 7/3 15/19 15/19 16/11 16/11
it would be [1]  16/11
it's [5]  5/6 5/16 5/22 6/17 15/17
its [1]  15/16
itself [1]  4/19

**J**

Jonathan [2]  1/13 3/5
jonathan.hooks [1]  1/18
judge [3]  1/10 3/23 4/2
Judge Kollar-Kotelly [1]  3/23
July [2]  18/14 18/22
July 12th [1]  18/22
just [14]  3/13 5/8 5/11 5/23 7/9 7/25 8/5 8/21 9/5 9/9 16/1 16/12 16/16 18/9
Justice [1]  6/24

**K**

Kenner [9]  2/2 2/3 3/7 5/20 7/15 8/5 16/2 16/13 18/10
kennerlaw.com [2]  2/6 2/6
know [4]  4/14 5/1 7/12 8/3
Kollar [1]  3/23
Kotelly [1]  3/23

**L**

late [2]  18/17 18/20
LAW [2]  2/3 2/8
lawyer [2]  5/22 8/8
lawyers [2]  5/19 5/21
lead [1]  8/6
least [2]  5/3 18/17
let [7]  3/13 6/6 7/24 8/25 16/1 16/1 16/12
let's [2]  9/5 18/8
light [1]  15/18
like [1]  18/3
line [1]  16/14
little [3]  5/15 16/4 17/22
local [2]  8/16 8/21

**M**

main [1]  4/12
make [3]  5/24 6/19 7/14

matter [12]  3/14 4/2 4/4 5/6 6/3 7/12 8/17 15/16 16/7 18/1 18/4 20/4
matters [1]  8/1
may [5]  1/5 6/12 7/9 16/11 20/7
MC [2]  1/4 4/4
me [21]
mechanical [1]  2/17
media [1]  3/21
MEHTA [1]  1/10
members [1]  3/21
Merit [1]  2/12
MICHEL [6]  1/6 3/4 3/16 4/9 5/22 6/22
Michel's [1]  6/22
might [4]  4/17 6/10 7/3 9/2
miscellaneous [3]  3/3 3/14 4/4
moment [2]  4/15 7/10 9/9
momentarily [1]  16/14
more [6]  3/25 4/23 5/11 8/19 17/23 17/24
morning [1]  7/13
motion [7]  3/14 3/17 4/3 4/3 4/6 4/19 5/13
motions [1]  8/19
Mr. [25]
Mr. Douyon [1]  16/15
Mr. Haskell [7]  5/20 7/17 7/22 8/7 8/16 8/19 17/22
Mr. Israely [6]  7/19 8/7 8/9 16/4 16/6 16/14
Mr. Kenner [6]  5/20 7/15 8/5 16/2 16/13 18/10
Mr. Michel [4]  3/16 4/9 5/22 6/22
Mr. Michel's [1]  6/22
Ms. [3]  6/20 7/7 8/25
Ms. Aloi [3]  6/20 7/7 8/25
much [1]  19/4
my [1]  8/18

**N**

named [1]  5/4
nature [1]  5/3
need [2]  17/22 17/23
needed [1]  8/20
next [4]  15/20 18/3 18/8 19/1
No [3]  1/4 3/3 18/5
not [13]  3/18 4/6 5/6 5/6 5/16 5/22 6/3 6/20 7/22 8/2 17/24 17/25 18/17
nothing [3]  3/25 8/19 18/7
notice [2]  5/2 5/5
now [1]  17/20
NW [3]  1/15 2/9 2/14

**O**

observation [1]  5/11
obvious [1]  4/7
obviously [4]  6/1 6/3 6/5 17/25
OFFICE [2]  1/14 7/7
OFFICES [1]  2/8
Official [1]  2/13
Okay [10]  6/15 8/24 15/13 15/25 16/9 17/19 18/6 18/12 18/19 18/25
once [1]  4/8
one [8]  4/12 4/23 5/11 5/16 6/21 7/2 7/10 9/9
ongoing [1]  4/7
Open [2]  15/11 17/16
opposition [2]  3/23 3/24
order [12]  3/17 3/19 3/20 4/3 4/14 4/18 4/24 5/2 5/8 5/13 6/25 8/3
originally [1]  3/15
other [5]  3/25 4/16 7/2 8/18 18/2
our [1]  6/14
out [6]  3/11 4/10 7/2 8/14 16/4 18/9
over [1]  19/2
owned [1]  8/12

**P**

P.A [1]  2/8
p.m [3]  1/6 18/13 19/7
pages [1]  8/14
parte [6]  6/11 9/6 9/10 16/10 16/14 16/18
parties [2]  4/1 5/12
Pause [1]  16/17
perhaps [2]  4/7 5/25
Plaintiff [1]  1/4
point [2]  7/16 15/18
posture [1]  5/24
PRAKAZREL [2]  1/6 3/4
precisely [1]  4/11
predicated [1]  3/19
present [1]  17/21
presented [1]  4/19
pretrial [1]  8/18
Prettyman [1]  2/14
primarily [1]  8/11
probably [1]  15/24
proceed [2]  7/13 15/19
proceeding [2]  4/23 7/23
proceedings [7]  1/9 2/17 3/22 9/10 16/18 19/7 20/4
process [4]  7/11 7/18 15/20 16/2
processed [1]  8/20
produced [1]  2/17
PROFESSIONAL [1]  2/3
prosecution [1]  6/22
prosecutor [2]  7/1 7/8
prosecutors [1]  6/21
protective [3]  3/19

provide [2]  5/1 6/11
public [6]  6/23 7/4 15/14 16/16 17/18 17/20
purpose [3]  3/11 5/10 8/13
purposely [1]  4/6
pursuant [1]  4/25
put [4]  6/13 6/17 15/17 16/16

**Q**

question [1]  4/13

**R**

reach [1]  4/9
reached [1]  7/2
read [2]  3/25 5/12
really [1]  7/22
Realtime [1]  2/13
reasons [3]  4/7 5/9 7/2
receive [1]  8/19
received [2]  3/14 15/15
receiving [1]  8/13
recollection [1]  8/18
recommend [1]  15/22
recommended [1]  15/20
reconvene [1]  19/2
record [9]  4/9 6/13 6/17 6/19 9/8 15/14 15/17 17/20 20/3
recorded [1]  2/17
reflect [1]  4/9
regard [1]  8/16
Registered [1]  2/12
relationship [1]  9/3
Relativity [1]  8/15
Reporter [4]  2/12 2/12 2/13 2/13
represent [3]  6/2 7/12 16/8
representations [2]  9/7 15/15
represented [3]  7/20 7/21 16/7
representing [1]  6/20
require [1]  6/25
required [2]  5/7 8/17
requires [1]  5/1
respects [1]  5/16
respond [1]  6/4
response [4]  3/24 5/13 5/15 5/19
retained [1]  8/13
returned [1]  4/8
reviewed [1]  8/22
right [8]  3/9 6/16 9/4 15/12 17/25 18/7 18/21 19/1
rights [1]  6/5
RMR [2]  20/2 20/8
room [1]  16/16
rule [2]  4/25 5/1 6/25

**S**

said [2]  5/12 6/1

Case 1:23-mc-00032-APM   Document 4   Filed 05/18/23   Page 23 of 23

## S

**same [2]** 7/20 16/7
**say [6]** 3/24 6/19 9/5 16/3 17/22 17/23
**sealed [3]** 6/11 9/10 16/18
**Section [2]** 6/23 7/4
**securing [1]** 16/3
**see [1]** 18/4
**seeking [2]** 7/11 7/18
**sensitive [1]** 7/5
**sent [1]** 8/14
**separate [1]** 16/16
**serve [1]** 7/8
**session [1]** 9/6
**set [6]** 3/13 5/2 5/8 18/3 18/8 18/9
**sharing [2]** 3/19 5/17
**she [3]** 4/1 4/1 4/1
**short [1]** 6/11
**should [2]** 3/18 6/19
**shouldn't [1]** 3/23
**Show [9]** 3/17 4/4 4/14 4/18 5/2 5/8 5/14 7/1 8/3
**signed [2]** 5/19 5/22
**similar [1]** 5/9
**simply [3]** 5/7 5/7 18/3
**sit [1]** 8/17
**small [1]** 5/6
**so [21]**
**so I think [1]** 7/5
**So this is [1]** 5/6
**some [4]** 4/10 6/12 9/2 15/15
**somebody [1]** 7/4
**someone [1]** 7/6
**something [2]** 5/6 16/3
**sorry [1]** 18/16
**sort [1]** 3/13
**speak [2]** 16/13 17/25
**specifically [1]** 4/12
**specifications [1]** 8/15
**stage [1]** 3/13
**STATES [5]** 1/1 1/3 1/10 3/3 3/15
**STATUS [1]** 1/9
**stenography [1]** 2/17
**steps [1]** 15/20
**still [1]** 16/6
**Street [1]** 1/15
**subject [1]** 3/20
**substance [2]** 17/25 18/2
**substantively [2]** 6/5 17/24
**sufficient [1]** 15/24
**Suite [1]** 2/4
**support [1]** 4/17
**sure [1]** 7/22

## T

**talk [1]** 4/14
**team [1]** 6/21
**terms [1]** 15/20
**than [4]** 3/25 8/18 8/19 18/2
**thank [6]** 3/10 6/9 7/15

**thank you [4]** 6/9 7/15 15/21 19/5
**that [49]**
**that's [4]** 3/20 7/16 8/21 8/22
**them [1]** 8/20
**themselves [1]** 5/5
**then [10]** 4/3 4/8 5/11 6/12 6/16 8/7 8/11 9/6 9/7 18/7
**there [4]** 3/23 5/20 18/2 19/3
**therefore [1]** 4/2
**they [2]** 4/11 4/17
**things [1]** 4/19
**think [8]** 3/25 4/1 5/23 7/5 15/17 15/22 16/3 16/11
**thinking [1]** 6/14
**third [2]** 5/22 8/8
**this [24]**
**those [3]** 4/19 9/7 15/17
**thought [2]** 5/7 5/9
**thoughts [1]** 6/7
**three [2]** 5/21 16/16
**through [3]** 5/2 6/23 8/17
**titled [1]** 20/4
**today [1]** 15/19
**transcript [3]** 1/9 2/17 20/3
**transcription [1]** 2/17
**trial [4]** 4/7 5/2 5/8 8/17
**Tuesdays [1]** 18/17
**turn [2]** 5/11 6/6
**two [3]** 4/19 5/16 5/19

## U

**U.S [1]** 1/14
**U.S. [1]** 7/7
**U.S. Attorney's Office [1]** 7/7
**unclear [1]** 5/15
**under [2]** 6/3 8/14
**understand [5]** 3/15 3/22 5/20 6/22 8/6
**understanding [1]** 4/10
**UNITED [5]** 1/1 1/3 1/10 3/3 3/15
**United States [1]** 3/15
**United States of [1]** 3/3
**up [3]** 6/4 6/6 7/24
**us [1]** 16/16
**usdoj.gov [2]** 1/17 1/18
**used [1]** 6/1
**useful [1]** 16/11

## V

**Ventura [1]** 2/4
**verdicts [1]** 4/8
**versus [1]** 3/4
**very [1]** 19/3
**VIA [1]** 1/9

**view [1]** 4/21
**violating [1]** 4/24
**violation [1]** 3/18
**vs [1]** 1/5

## W

**want [4]** 4/9 4/13 5/23 7/13
**wanted [1]** 6/14
**wants [1]** 7/13
**was [20]** 3/15 3/19 3/23 4/1 4/3 4/7 4/13 5/13 6/21 6/23 7/3 7/5 8/3 8/9 8/11 8/13 8/14 8/16 8/21 9/5
**Washington [4]** 1/5 1/15 2/9 2/15
**we [13]** 3/12 5/23 6/7 6/10 6/14 9/2 9/8 15/12 18/3 18/4 18/9 19/1 19/3
**we will [3]** 9/8 19/1 19/3
**we'll [4]** 4/14 9/7 19/2 19/2
**we're [3]** 15/14 17/17 17/20
**Wednesday [2]** 18/20 18/21
**well [5]** 4/13 6/3 7/17 7/24 18/7
**were [4]** 4/8 4/11 5/20 8/6
**West [1]** 18/10
**what [9]** 3/12 4/11 4/16 4/22 5/3 5/12 15/18 15/20 19/1
**what's [1]** 4/18
**where [2]** 3/12 6/7 7/7 18/4
**whether [2]** 6/4 6/17
**which [4]** 3/24 5/18 7/7 8/12
**while [1]** 4/7
**who [4]** 4/13 5/21 7/3 8/8
**who's [1]** 5/4
**why [3]** 3/17 7/22 18/9
**will [8]** 6/3 7/20 7/20 9/8 15/18 16/8 19/1 19/3
**William [3]** 2/12 20/2 20/8
**wind [1]** 6/6
**wind-up [1]** 6/6
**wishes [1]** 15/19
**works [3]** 18/15 18/23 18/24
**would [9]** 5/7 7/8 8/5 9/1 15/22 15/24 16/7 16/11 18/3
**wouldn't [1]** 7/4

## Y

**Yes [2]** 8/9 18/11
**you [31]**
**you're [1]** 7/17
**you've [1]** 16/2

7/9 7/19 9/1 9/2 9/9 15/21 17/17 18/5 18/11 18/15 18/16 18/24 19/5
**Your Honor [14]** 3/2 6/9 7/9 7/19 9/1 9/2 9/9 15/21 17/17 18/5 18/15 18/16 18/24 19/5

## Z

**Zaremba [3]** 2/12 20/2 20/8
**ZOOM [1]** 1/9