IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PRAKAZREL MICHEL,<br><br>Defendant. | Case Number: 23-mc-32 (APM) |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE

David Kenner and Alon Israely, by and through undersigned counsel and, with the consent of the United States, hereby moves this Honorable Court to continue the status hearing presently scheduled for July 12, 2023, to the week of September 11, 2023. This continuance is requested to provide newly retained counsel and the government additional time to investigate the matter.

Dated: July 10, 2023

Respectfully submitted,

By: /s/ *L. Barrett Boss*
L. Barrett Boss (Bar No. 398100)
COZEN O'CONNOR
1200 19th St., NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 912-4818
Facsimile: (866) 413-0172
Email: bboss@cozen.com
*Attorney for David Kenner*

/s/ *David Schertler*
David Schertler (Bar No. 367203)
Schertler Onorato Mead & Sears
555 - 13th Street, NW, Suite 500 West
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
Email: dschertler@schertlerlaw.com
*Attorney for Alon Israely*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2023, the foregoing Consent Motion to Continue Status Conference was served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated:  July 10, 2023                                  /s/ *L. Barrett Boss*
                                                                   L. Barrett Boss (Bar No. 398100)