# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PRAKAZREL MICHEL,**<br><br>                   **Defendant.** | Case Number: 23-mc-32 (APM) |

## [PROPOSED] ORDER

This matter comes before the Court pursuant to the Consent Motion to Continue Status Conference. For the reasons set forth in the Consent Motion, the motion is **GRANTED.**

The status conference presently scheduled for July 12, 2023, is **VACATED** and the status conference is rescheduled for the ____ day of September, 2023, at _____.

 

_____
Amit P. Mehta
United States District Court Judge

Dated:_____