IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Misc. No. 1:23-mc-00032-APM |
| | ) | |
| PRAKAZREL MICHEL, | ) | |
| *et al.* | ) | |

## UNITED STATES' MOTION TO WITHDRAW

The United States of America, by and through its attorneys, hereby moves to withdraw as counsel Nicole Lockhart, John Keller, and Sean Mulryne from this matter.

On April 3, 2023, the United States informed Judge Kollar-Kotelly that the Public Integrity Section had recused from the instant matter. Judge Mehta's chambers was informed of the same on May 5, 2023. That same day, Elizabeth Aloi, appeared in this matter and filed a Notice of Substitution of Counsel, to replace the three above-named attorneys. Dkt. 2. Because Ms. Aloi continues to represent the United States in this matter, there will be no delay in permitting the requested withdrawal.

    Respectfully submitted,

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    Criminal Division
    U.S. Department of Justice

    By: */s/ Nicole R. Lockhart*
        John D. Keller
        Principal Deputy Chief
        Sean F. Mulryne
        Director of Enforcement & Litigation
        Nicole Lockhart
        Trial Attorney
        1301 New York Ave., NW
        Washington, DC 20530
        Telephone:  202-514-1412
        nicole.lockhart@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated:  October 13, 2023                         */s/ Nicole R. Lockhart*
                                                 Nicole R. Lockhart