# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Misc. No. 1:23-mc-00032-APM** |
| ) | |
| **PRAKAZREL MICHEL,** ) | |
| *et al.*   ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion to Withdraw as Counsel for the United States, and the entire record herein, it is this ___ day of _____, 2023, hereby

ORDERED that the Motion to Withdraw As Counsel for the United States is hereby GRANTED.

_____
The Honorable Amit P. Mehta
United States District Judge