# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**PRAKAZREL MICHEL,**<br><br>　　　　　**Defendant.** | Case Number: 23-mc-32 (APM) |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

　　The United States, by and through undersigned counsel, with the consent of David Kenner and Alon Israely, by and through their counsel, hereby moves this Honorable Court to continue the status hearing presently scheduled for November 13, 2023, to November 30, 2023, or another date at the Court's convenience. This continuance is requested to provide the government additional time to investigate the matter, including an investigation of information provided by defense counsel.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Elizabeth Aloi
　　　　　　　　　　　　　　　　　　　　Elizabeth A. Aloi
　　　　　　　　　　　　　　　　　　　　Jonathan P. Hooks
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office for the
　　　　　　　　　　　　　　　　　　　　District of Columbia
　　　　　　　　　　　　　　　　　　　　Patrick Henry Building
　　　　　　　　　　　　　　　　　　　　601 D Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　(202) 252-7212 (Aloi)
　　　　　　　　　　　　　　　　　　　　Elizabeth.Aloi@usdoj.gov