IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DAVID KENNER,**<br><br>**Defendant.** | Case Number: 23-mc-32 (APM) |

### ORDER GRANTING
### MOTION FOR ORDER TO SHOW CAUSE AND NOTICE OF PROSECUTION

This matter comes before the court on the United States' Motion for Order to Show Cause, ECF No. 1, and Consent Supplement to Government's Motion for Order to Show Cause, ECF No. 14. The Motion hereby is granted.

Based on representations made to the court by counsel for the United States following an investigation, the court finds probable cause that David Kenner, counsel of record for Defendant Prakazrel Michel, 19-cr-148 (CKK) (D.D.C), committed misdemeanor contempt in violation of 18 U.S.C. § 401(3).

In accordance with Federal Rule of Criminal Rule 42, the court hereby gives notice to Mr. Kenner that:

(a) trial in this matter is set for January 26, 2024, at 2:00 p.m. in Courtroom 10; and

(b) the essential facts constituting the charged criminal contempt are set forth as alleged in the Motion for Order to Show Cause, ECF No. 1, which is incorporated by reference herein.

This Order has not "allow[ed] the defendant a reasonable time to prepare a defense," Fed. R. Crim. P. 42(a)(1)(B), because the court understands Mr. Kenner is prepared to enter a plea on the date of trial.

_____
Amit P. Mehta
United States District Court Judge