IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID KENNER,<br><br>Defendant. | Case Number: 23-mc-32 (APM) |

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

David Kenner, by and through undersigned counsel, respectfully consents to proceed to plea and sentencing by video teleconferencing at the hearing scheduled for January 26, 2024, pursuant to Fed. R. Crim. P. 43(b)(2).

_____
David Kenner

1/25/24
_____
Date

 

Respectfully submitted,

By:   /s/ *L. Barrett Boss*
L. Barrett Boss (Bar No. 398100)
COZEN O'CONNOR
1200 19th St., NW, Suite 300
Washington, D.C. 20036
Telephone: (202) 912-4818
Facsimile: (866) 413-0172
Email: bboss@cozen.com
*Attorney for David Kenner*